UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| DAVID STANLEY AND LOUANN STANLEY, ) ) Plaintiffs, ) ) vs. ) ) HOME DEPOT U.S.A. INC. AND C & C FENCING, ) ) Defendants. ) ) | Civil Action No. 6:09-95-HFF  **CONSENT ORDER FOR SUBSTITUTION OF COUNSEL** |

Based on the consent of the undersigned counsel, **IT IS HEREBY ORDERED** that Thomas Dougall and William A. Collins, Jr., of the Law Office of Thomas Dougall are hereby substituted for G. Thomas Chase, of McAngus, Goudelock & Courie, L.L.C., as attorney for Defendant, C & C Fencing, in the above-captioned matter. The substitution is necessitated by a conflict in representation of C & C Fencing in the litigation.

**AND IT IS SO ORDERED.**

s/Henry F. Floyd
Henry F. Floyd, Judge

March 19, 2009

WE SO MOVE:                                    WE CONSENT:

s/Thomas F. Dougall                            s/G. Thomas Chase
Thomas F. Dougall, Federal I.D. No. 5157       G. Thomas Chase, Federal I.D. No. 7324
William A. Collins, Jr., Federal I.D. No. 6516 McAngus, Goudelock & Courie, L.L.C.
Law Office of Thomas Dougall                   Post Office Box 2980
1700 Woodcreek Farms Road, Suite 100           75 Beattie Place, Suite 300
Elgin, South Carolina 29045                    Greenville, South Carolina 29602
(803) 865-8858                                 (864) 239-4000

| WE CONSENT: | WE CONSENT: |
| --- | --- |
| s/J. Kirk Fisher | s/Eric R. Tonnsen |
| J. Kirk Fisher, Federal I.D. No. 06491 | Eric Tonnsen, Federal I.D. No. 9898 |
| Cox & Fisher | Gallivan, White & Boyd, P.A. |
| 115 Broadus Avenue | Post Office Box 10589 |
| Greenville, SC 29601 | Greenville, South Carolina 29603 |
| (864) 242-4711 | (864) 271-9580 |